**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

| | | |
|---|---|---|
| PHILLIP JOE MCGREGORY, on behalf of himself and others similarly situated | ) ) ) | PLAINTIFF |
| v. | ) ) | 1:15-CV-00098-DMB-DAS |
| 21ST CENTURY INSURANCE AND FINANCIAL SERVICES, INC.. | ) ) ) | DEFENDANT |

**DEFENDANT 21ST CENTURY INSURANCE AND FINANCIAL SERVICES, INC.'S
RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and to enable Judges and Magistrates of this Court to evaluate possible disqualifications or recusal, 21st Century Insurance and Financial Services, Inc. ("21st Century") states that all of its stock is owned by 21st Century Insurance Group, whose stock is 100% owned by Farmers Insurance Exchange (80%), Fire Insurance Exchange (10%), and Truck Insurance Exchange (10%), each of which is a reciprocal or inter-insurance exchange owned by its respective policyholders. No publicly held corporation owns ten percent or more of 21st Century's stock.

Dated: August 17, 2015

                                                  21ST CENTURY INSURANCE
                                                  AND FINANCIAL SERVICES, INC.,

                                                  By: /s/ Sheldon G. Alston
                                                  Sheldon G. Alston, MS Bar No. 9784
                                                  Joseph A. Sclafani, MS Bar No. 99670
                                                  BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
                                                  The Pinnacle Building, Suite 100
                                                  190 East Capitol Street
                                                  Jackson, MS 39201
                                                  salston@brunini.com
                                                  jsclafani@brunini.com

*Of Counsel*
Brian I. Hays (*Pro Hac Vice to be applied for*.)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
bhays@lockelord.com

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certify that I caused the foregoing to be served upon all interested parties who have appeared through the Court's Case Management / Electronic Case Files (CM/ECF) system on August 17, 2015.

| | |
|---|---|
| Jarrett L. Ellzey | jarrett@hughesellzey.com |
| William Craft Hughes | craft@huhgesellzey.com |
| Hughes Ellzey | |
| 2700 Post Oak Blvd., Suite 1120 | |
| Houston, TX 77056 | |
| | |
| William Monroe Quin, II | wquin@mmqlaw.com |
| Zachary Mori Bonner | zbonner@mmqnlaw.com |
| McCraney Montagnet Quin & Noble, PLLC | |
| 602 Steed Road, Suite 200 | |
| Ridgeland, MS 39157 | |

                 /s/Sheldon G. Alston