IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**PHILLIP JOE MCGREGORY,**                                                                           **PLAINTIFF**
Individually and on behalf of all others
similarly situated

**V.**                                                                          **NO. 1:15-CV-00098-DMB-DAS**

**21ST CENTURY INSURANCE &**
**FINANCIAL SERVICES, INC.**                                                              **DEFENDANT**

## ORDER CLOSING CASE

On December 16, 2016, Phillip Joe McGregory filed a "Stipulation of Dismissal of All Claims of Plaintiff Phillip Joe McGregory with Prejudice." Doc. #59. Signed by counsel for McGregory and counsel for 21st Century Insurance & Financial Services, Inc., the parties "stipulate that all of Plaintiff's claims in this action are dismissed with prejudice, with all parties shall [sic] bear their own costs." *Id.* Accordingly, the Clerk of Court is **DIRECTED** to close this case on the Court's docket.[1]

**SO ORDERED**, this 21st day of December, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] In light of the closing of the case, the pending motion to dismiss [48] is denied as moot.